IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANGEL SALCIDO, personal representative of THE
WRONGFUL DEATH ESTATE OF CRISTAL
CERVANTES, WANDA MARTINEZ,

    Plaintiff,

v.                                                      21-cv-1222-KG-JHR

CITY OF LAS VEGAS, LAS VEGAS POLICE
DEPARTMENT, CHIEF ADRIAN CRESPIN,
SGT. ELIAS RAEL, SAN MIGUEL COUNTY, SAN MIGUEL
COUNTY SHERIFF'S OFFICE, UNDERSHERIFF MIKE
PADILLA, DEPUTY JAYME VIGIL, NEW MEXICO
DEPARTMENT OF PUBLIC SAFETY,
NEW MEXICO STATE POLICE, JOHN DOE 1,
LT. HUGO MUNOZ, SGT. MARK LUCERO,
PATROLMAN MIGUEL SENA, JOHN DOES 2-10,

    Defendants.

## ORDER EXTENDING RESPONSE DEADLINE

THIS MATTER, having come before the Court on Plaintiffs' Unopposed Motion for Order Extending Response Deadline, the Court having reviewed the Motion and the averments and arguments set forth therein, having noted that Defendants do not oppose Plaintiffs' Motion, and finding that the Motion is well-taken, IT IS HEREBY ORDERED:

1.     Plaintiffs' deadline to respond to Defendant City of Las Vegas' Motion to Dismiss is due on February 2, 2022.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

*/s/ Arturo B. Nieto*
Arturo B. Nieto, Esq.
Attorney for Angel Salcido, PR of the
Wrongful Death Estate of Cristal Cervantes, and
Wanda Martinez


No opposition on 1.18.22
Damian L. Martinez
Attorney for City of Las Vegas,
Adrian Crespin, Las Vegas Police
Department, and Sgt. Elias Rael


No opposition on 1.18.22
Luis E. Robles
Attorney for Lt. Hugo Munoz,
New Mexico Department of Public Safety,
New Mexico State Police, and Patrolman Miguel Sena


No objection on 1.18.22
Christina L. Brennan
Attorney for San Miguel County,
San Miguel County Sheriff's Office,
Deputy Jayme Vigil, Undersheriff Mike Padilla,
and John Does 1-10