# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**ANGEL SALCIDO, personal representative of THE WRONGFUL DEATH ESTATE OF CRISTAL CERVANTES, WANDA MARTINEZ**,

    Plaintiffs,

v.                                                                            **CIV-21-01222 KG/JHR**

**CITY OF LAS VEGAS, LAS VEGAS POLICE DEPARTMENT, CHIEF ADRIAN CRESPIN, SGT. ELIAS RAEL, SAN MIGUEL COUNTY, SAN MIGUEL COUNTY SHERIFF'S OFFICE, UNDERSHERIFF MIKE PADILLA, DEPUTY JAYME VIGIL, NEW MEXICO DEPARTMENT OF PUBLIC SAFETY, NEW MEXICO STATE POLICE, JOHN DOE 1, LT. HUGO MUNOZ, SGT. MARK LUCERO, PATROLMAN MIGUEL SENA,**

    Defendants.

## STIPULATED ORDER GRANTING STATE DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT

**THIS MATTER** came before the Court for consideration of State Defendants' Unopposed Motion to Exceed Page Limit [Doc. No. 66]. This Court has reviewed the Unopposed Motion and arguments made therein and considered that all the parties to this litigation do not oppose this Motion. Based on the agreement of the parties, this Court finds that the Unopposed Motion is well-taken and will be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

    A.    State Defendants' Unopposed Motion to Exceed Page Limit is GRANTED;

B.  State Defendants shall have leave to file up to a fourteen (14) page Reply in support of their Motion for Partial Summary Judgment No. I: Dismissal of the Estate's State Law Negligence Claims [Doc. No. 40]; and

C.  State Defendants shall have leave to file up to a fifteen (15) page Reply in Support of Their Motion for Partial Summary Judgment No. II: Dismissal of the Estate's Fourteenth Amendment Due Process Claim Based on the Application of Qualified Immunity.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY**:

 /s/ Luis Robles
Luis Robles
Robles, Rael & Anaya, P.C.
Attorneys for State Defendants
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico  87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com

**APPROVED BY:**

 /s/ Arturo Nieto
Arturo Nieto
Nieto Law Office, LLC
P.O. Box 241
Los Lunas, NM 87031
Nieto.lawoffice@gmail.com
*Attorneys for Plaintiffs*

/s/ Damian L. Martinez
Damian Martinez
Haley R. Grant
Mynatt Martinez Springer, P.C.
P.O. Box 2699
Las Cruces, NM 8004-2699
(505) 524-8812
dlm@mmslawpc.com
hrg@mmslawpc.com
*Attorneys for the City of Las Vegas Defendants*


/s/ Christina L. Brennen
Christina L. Brennen
Brennan & Sullivan P.A.
128 East DeVargas
Santa Fe, NM 87501
Phone: (505) 995-8514
Facsimile: (505) 995-9701
christina@brennsull.com
*Attorneys for San Miguel County Defendants*